UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>  v.<br><br>BNZ DIVERSIFIED CORP.,<br><br>    Defendant. | No. 1:18-cv-00442-LJO-SKO<br><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On May 23, 2018, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice, in which Plaintiff notifies the Court of the dismissal of this action with prejudice. (Doc. 6.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 24, 2018**  /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE